MAGISTRATE JUDGE MASON

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE KENDALL** | Sitting Judge if Other Than Assigned Judge | **MAGISTRATE JUDGE SIDNEY I. SCHENKIER** |
|---|---|---|---|
| CASE NUMBER | 06 GJ 1236 | DATE | JUNE 3, 2008 |
| CASE TITLE | US v. BOBBIE BROWN, et al (SEE ATTACHED) | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the SPECIAL AUGUST 2006-1 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

Docket Entry:

# 08CR 452

TO SET PRELIMINARY BAIL AT $5000.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO ALL DEFENDANTS. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL JUNE 18, 2008 AT 8:00AM OR BY FURTHER ORDER OF THE COURT.

**FILED**

JUN - 3 2008

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Date docketed | |
| No notices required. | | | Docketing dpty. initials | |
| Notices mailed by judge's staff. | | | | |
| Notified counsel by telephone. | | | Date mailed notice | |
| Docketing to mail notices | | | | |
| Mail AO 450 form. | | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |

UNITED STATES OF AMERICA

v.

BOBBIE BROWN, Jr.,
TIMOTHY MUDD,
JENNIFER LORENZEN,
TRACY GREEN,
JOTAWN DRAPER,
BRIAN BARSS,
TREYONDA TOWNS,
CAROLYN THOMPSON,
JASON JONES,
ALLEN ROBINSON,
STEVEN ANDERSON,
JEANETTE ANDERSON, and
KENNETH SMITH